456 A.2d 1084

Commonwealth v. Gill, Appellant.

Submitted December 16, 1981. Robert F. Pappano, Assistant Public Defender, for appellant; A. Sheldon Kovach, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and POPOVICH, JJ.

Judgment of sentence affirmed.

456 A.2d 1084

Commonwealth v. Golson, Appellant.

Petition for Allowance of Appeal
Denied May 18, 1983.

Submitted February 18, 1982. Richard J. Hodgson, for appellant; Joseph A. Smyth, District Attorney, for Commonwealth, appellee.

Before JOHNSON, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.